**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7600
FACSIMILE 213-624-1376

Geoffrey C. Brown (State Bar No. 089451)

Attorneys for Defendant Cawarra Cosmetics, Pty, Ltd.

JS-6

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ROTH'S FOOTCARE PRODUCTS, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>CAWARRA COSMETICS, PLY LTD., a New South Wales Corporation, and DOES 1-50 inclusive,<br><br>Defendant. | Case No. SAC 08-94 JVS (ANx)<br><br>[Assigned to The Honorable James V. Selna, Dept. 10C]<br><br>Complaint Filed: January 28, 2008<br><br>**JUDGMENT** |

602934.1

On August 25, 2008 the Motion to Dismiss pursuant to <u>Federal Rules of Civil Procedure</u> Rule 12(b)(2) by Defendant Cawarra Cosmetics, Pty, Ltd. was heard and granted for the reasons set forth in the Court's Minute Order of that date.

Defendant Cawarra's Motion to Dismiss for Failure to State a Claim pursuant to <u>Federal Rule of Civil Procedure</u> Rule 12(b)(6) was denied as moot.

Judgment is entered for Defendant Cawarra Cosmetics, Pty, Ltd. and against Plaintiff Dr. Roth's Footcare Products on all claims asserted in the First Amended Complaint.

IT IS SO ORDERED on August 28, 2008.

*[signature]*

The Honorable James V. Selna
United States District Court, Central District of California

MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW

602934.1

2